UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARY MORICAL,

Plaintiff,

v.

FIRST REVENUE ASSURANCE,

Defendant.

Case No. 01-409 DWF/AJB

**AMENDED** NOTICE OF SETTLEMENT CONFERENCE

---

You are hereby given notice that the settlement conference in the above referenced case previously scheduled for December 17, 2001, at 9:00 a.m., has been rescheduled. The settlement conference will be held on **January 22, 2002, at 9:00 a.m.**, before the undersigned Magistrate Judge.

Dated: 12/12/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed DEC 13 2001
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______