**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARY MORICAL,

Plaintiff,

v.

FIRST REVENUE ASSURANCE,

Defendant.

Civil No. 01-409 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Thomas Lyons, Jr., Esq., Consumer Justice Center, 342 Country Road D.East, Little Canada, MN 55117; Peter Barry, Esq., Barry Law Office, 342 Country Road D East, Little Canada, MN 55117-1171, counsel for Plaintiff.

Brian Sund, Esq., and Robert Kehoe, Esq., Morrison & Fenske, 5125 County Road 101, Suite 102, Minnetonka, MN 55345, counsel for Defendant,

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 23, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 23 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________